Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–13233–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James F Cattanea
   102 Hiawatha Tr
   Medford Lakes, NJ 08055

Social Security No.:
   xxx–xx–3014

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2018
JAN: kmf

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James F Cattanea  
    Debtor

Case No. 18-13233-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 28, 2018  
                      Form ID: 148    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.
```
db             +James F Cattanea,    102 Hiawatha Tr,    Medford Lakes, NJ 08055-1430
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
517584308      +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
517462560      +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517341271       GM Financial,    PO Box 1181145,    Arlington, TX 76096
517341272      +SLS,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
517390022       State of NJ,    Div. of Employer Accts.,    POB 379,    Trenton, NJ 08625-0379
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2018 23:57:42    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2018 23:57:40    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517448225       EDI: Q3G.COM Jun 29 2018 03:44:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517344126      +EDI: RMSC.COM Jun 29 2018 03:44:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517412824       EDI: WFFC.COM Jun 29 2018 03:43:00    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                                TOTAL: 5
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              David J Khawam    on behalf of Debtor James F Cattanea khawam@dksuites.com
              Denise E. Carlon    on behalf of Creditor   E* Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    E* Trade Bank kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```